UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONOVAN JACE OAKIE,<br><br>Defendant. | CR 21-30075<br><br>REDACTED INDICTMENT<br><br>INFLUENCING A FEDERAL OFFICER BY THREAT<br><br>18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) |

The Grand Jury charges:

On or about the 30th day of June, 2021, in Todd County, in the District of South Dakota, the defendant, Donovan Jace Oakie, did threaten to assault and murder Deputy United States Marshal Marcus Christianson, while Deputy United States Marshal Marcus Christianson was employed as a federal law enforcement officer with the United States Marshals Service, with intent to impede, intimidate, and interfere with Deputy United States Marshal Marcus Christianson, and while Deputy United States Marshal Marcus Christianson was engaged in the performance of his official duties, in violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

A TRUE BILL:

**NAME REDACTED**
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By:_____